
RECEIVED
IN MONROE, LA
OCT 9 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LAMAR BLANSON | CIVIL ACTION NO. 07-1587 |
| VERSUS | JUDGE ROBERT G. JAMES |
| AUTOZONE STORES, INC. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Memorandum Ruling, and for the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 18], which this Court ADOPTS,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Lamar Blanson's claims are DISMISSED WITH PREJUDICE for failure to comply with or respond to the Court's orders. *See* FED. R. CIV. P. 41(b).

MONROE, LOUISIANA, this 9 day of October, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE